### ATTACHMENT A
### Statement of Facts: CHRISTOPHER HARRIS SPEIGHTS

*The United States and the Defendant stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case proceeded to trial.*

On December 13, 2016, the Maryland State Police ("MSP") Computer Crimes Unit received a referral from the National Center for Missing and Exploited Children and began an investigation into the production and possession of images depicting the sexual exploitation of minors associated with a specific Internet Protocol address.  Further investigation revealed that the sexually exploitive images were associated with **CHRISTOPHER HARRIS SPEIGHTS'** ("**SPEIGHTS**") residence in Capitol Heights, Maryland.  On April 20, 2017, MSP troopers and Homeland Security Investigations agents executed a search warrant at **SPEIGHTS'** residence.

During the execution of the search warrant, **SPEIGHTS** was advised of and waived his Miranda rights.  **SPEIGHTS** confirmed that he was a permanent substitute, working full-time, at Bradbury Heights Elementary school, located in Capitol Heights, Prince George's County, Maryland.  **SPEIGHTS** also confirmed that he coached boys youth basketball with a traveling team.  **SPEIGHTS** admitted to possessing child pornography on the iPad recovered from his residence, and to surreptitiously filming some of the minors he coached while the minors were staying in North Carolina for a basketball team trip in March 2016.

MSP commenced a digital forensic analysis of media devices recovered from **SPEIGHTS** and of his cloud-based data storage account.  Law enforcement also interviewed both minors and adults who knew **SPEIGHTS** personally or interacted with **SPEIGHTS** online.  Law enforcement determined that **SPEIGHTS** adopted the online identity of fictitious minor females and males, then solicited boys online to produce images of themselves engaged in sexually explicit conduct and transmit those images via social media.  **SPEIGHTS** (under the assumed online identity) specifically threatened minor boys on more than one occasion that if they did not comply with his demands for creating and sending images of themselves engaged in sexually explicit conduct, he would tell "Coach Speights" about the inappropriate online conversations.  As a result of the investigation, law enforcement was able to positively identify over 20 minors from whom **SPEIGHTS** requested images of sexually explicit conduct.

**SPEIGHTS** also produced images documenting himself sexually exploiting three minor males.  **SPEIGHTS** produced two of the images on June 21, 2015, during a basketball team trip when the team stayed at a hotel in Ocean City, Maryland.  The images depict **SPEIGHTS** pulling down the waistband of a sleeping 11 year-old minor, exposing the minor's penis.  The conduct depicted in these images is the subject of the charge of Sexual Abuse of a Minor pending against **SPEIGHTS** in the Circuit Court of Worcester County in State of Maryland vs. Christopher Harris Speights.  **SPEIGHTS** produced another image on August 3, 2015 at **SPEIGHTS'** residence in Capitol Heights, Maryland.  This image depicts **SPEIGHTS** fondling the penis of a minor.  **SPEIGHTS** produced an additional image on December 14, 2015, which depicts **SPEIGHTS** fondling the penis of a minor male while **SPEIGHTS** was chaperoning a Bradbury Heights fifth grade class trip.  The conduct depicted in these images is the subject of two charges of Sexual

11

Abuse of a Minor pending against **SPEIGHTS** in the Circuit Court of Prince George's County in <u>State of Maryland vs. Christopher Harris Speights</u>.

With respect to Count One, from October 11, 2015 through October 13, 2015, **SPEIGHTS** adopted the usermame and profile of "nikkytexasgurl" on the KIK messenger cell phone application. The assumed identity appeared to other KIK users to be a female teenager. Using this identity, **SPEIGHTS** solicited the production of images of the penis of the 11-year-old victim, which **SPEIGHTS** received. The image was transmitted via KIK messenger.

With respect to Count Three, in March 2016, at the Embassy Suites hotel in Durham, North Carolina, **SPEIGHTS** surreptitiously recorded two minor victims nude in the bathroom. **SPEIGHTS** placed his backpack in the hotel room's bathroom, with his iPad video recording from a hole in the exterior mesh pocket of the backpack. **SPEIGHTS** video recorded the exposed genitals of the two 11-year-old boys without their knowledge, and brought that video recording back from North Carolina to Maryland.

\* \* \*

I have read this Attachment A and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it. I am completely satisfied with the representation of my attorney.

3/5/18
Date

Christopher Harris Speights

I am Christopher Harris Speights' attorney. I have carefully reviewed every part of this Attachment A. He advises me that he understands and accepts its terms. To my knowledge, his decision to enter into this agreement is an informed and voluntary one.

3/5/18
Date

Deborah Boardman, Esq.